**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT SINGH MANGAT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**PARAMJIT SIGNH MANAGAT**<br><br>JESUS JAVIER HERNANDEZ-HERRERA,<br><br>Defendant | Case No.: 1:18-CR-00056 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHIELA K. OBERTO AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PARAMJIT MANGAT, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Monday, July 16, 2018 be continued to Monday, August 20, 2018.

Upon being retained by Mr. Mangat I request discovery from his previous attorney, Mr. Edward Robinson. It was not until Friday, July 6, 2018 that my office received said discovery. In addition, I retuned this week from leave and as such I have not had an opportunity to review the discovery. I have spoken to co-counsel, Monica Bermudez and AUSA David Gappa, and they have no objection to continuing the status conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 7/12/18	*/s/ David A Torres*___
	DAVID A. TORRES
	Attorney for Defendant
	PARAMJIT SINGH MANGAT

DATED: 7/12/18	*/s/ Monica L. Bermudez*_____
	MONICA L. BERMUDEZ
	Attorney for Defendant
	Jesus Javier Hernandez-Herrera

DATED: 7/12/2018	*/s/ David Gappa*_____
	DAVID GAPPA
	Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation, the status conference set for July 16, 2018, shall be continued to August 20, 2018 at 1:00 p.m.  Time is excluded under the Speedy Trial Act for the reasons set forth in the parties' stipulation because the Court finds that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

The Court notes that this case has been pending since March 2018, and this is the third stipulation to continue in this case.  As such, the parties shall be prepared to propose a schedule for advancing this case toward a resolution by plea or trial at the continued status conference set for August 20, 2018.

IT IS SO ORDERED.

Dated: __**July 12, 2018**__                 /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE