MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Jesus Hernandez Herrera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JESUS HERNANDEZ HERRERA,<br>PARAMJIT SINGH MANGAT<br><br>                    Defendants. | CASE NO.  1:18-cr-00056-LJO-SKO<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; FINDINGS<br>AND ORDER<br><br>DATE:  February 18, 2019<br>TIME:   1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

**STIPULATION**

COMES NOW, Defendant, Jesus Hernandez Herrera, by and through his attorney of record, Monica L. Bermudez, Paramjit Singh Mangat, by and through his attorney, David A. Torres, and The United States of America, by and through its counsel of record, Henry Carbajal, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 3, 2018 at 1:00 p.m.

2. By this stipulation, defendants now move to continue the status conference until **February 18, 2019 at 1:00 p.m.** before the Honorable Sheila K. Oberto, and to exclude time between the date of this stipulation and February 18, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and

1

3161(h)(7)(B)(i), (ii) and (iv).  The government joins in this request.

3.     The parties agree and stipulate, and request that the Court find the following:

a.     Counsel for defendants have received a voluminous amount of discovery to date from the United States Attorney's Office.  Defense Counsel has requested additional discovery that the Assistant United States Attorney is working diligently to obtain.  Furthermore, there is additional investigation that must be conducted by Defense Counsel based on the review of the requested discovery.  Both Defense Counsel desire additional time to obtain and review further discovery in this matter and conduct appropriate investigations.

b.     Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.     The government does not object to, and agrees with, the requested continuance.

e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to February 18, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.

DATED: November 26, 2018

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
JESUS HERNANDEZ HERRERA

DATED: November 26, 2018

/s/ David A. Torres
DAVID A. TORRES
Counsel for Defendant
PARAMJIT SINGH MANGAT

DATED: November 26, 2018

/s/Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney

**O R D E R**

The parties' request for a continuance is DENIED. This case has been pending since March 2018, and needs to move forward to trial if the parties are unable to resolve it by a mutually agreeable plea agreement.

IT IS SO ORDERED.

Dated:  **November 27, 2018**      /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE