**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT SINGH MANGAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-00056 LJO-SKO |
| Plaintiff, | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| vs. | |
| PARAMJIT SINGH MANGAT, | |
| Defendant | |

Defendant, PARAMJIT SINGH MANGAT, hereby waives his appearance in person in open court upon the status conference set for Monday, December 3, 2018 in courtroom 7 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 11/29/2018         *Paramjit Singh Mangat*
                         PARAMJIT SINGH MANGAT

Date: 11//29/2018        *David A. Torres*
                         DAVID A. TORRES
                         Attorney for Defendant

**ORDER**

**IT IS HEREBY ORDERED** that defendant PARAMJIT SINGH MANGAT is excused from appearing at the status conference set for December 3, 2018.

IT IS SO ORDERED.

Dated: **November 29, 2018**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE