**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT MANGAT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-00056 LJO-SKO |
| Plaintiff, | **AMENDED REQUEST AND WAIVER OF APPEARANCE** |
| vs. | |
| PARAMJIT MANGAT, | |
| Defendant | |

Defendant, PARAMJIT MANGAT, hereby waives his appearance in person in open court upon the status conference set for Monday, April 29, 2019 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his/her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: April 25, 2019                             */s/Paramjit Mangat*
                                                 PARAMJIT MANGAT


Date: April 25, 2019                             */s/David A. Torres*
                                                 DAVID A. TORRES,
                                                 Attorney for Defendant

# ORDER

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant PARAMJIT MANGAT is excused from appearing at this court hearing scheduled for April 29, 2019.

IT IS SO ORDERED.

Dated: __**April 25, 2019**__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE