# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00056-LJO-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO TIMELY WAIVE PERSONAL APPEARANCE |
| v. | |
| PARAMJIT SINGH MANGAT, | |
| Defendant. | FIVE DAY DEADLINE |

On June 20, 2019, Defendant Paramjit Singh Mangat filed a motion for bail review. (ECF No. 58.) An amended motion was filed on this same date. (ECF No. 59.) The matter was set on calendar for June 24, 2019, at 2:00 p.m. On June 24, 2019, at 1:55 p.m., Defendant filed a waiver of personal appearance for the hearing. (ECF No. 60.) Due to the delay in filing the waiver of personal appearance, the Court had incurred the costs of $147.00 for providing a translator for the June 24, 2019 hearing.

Pursuant to the Local Rules of the Eastern District of California, defense counsel in criminal actions are required to promptly notify the Court if an interpreter is needed or to cancel the interpreter if a hearing is cancelled or rescheduled. L.R. 403(b). Unjustified failure to notify court staff may result in the imposition of sanctions, including an order to pay the costs of interpreter services. L.R. 403(d).

Here, due to the failure to promptly waive personal appearance of the defendant, an

1

interpreter was ordered and appeared in Court.  Accordingly, IT IS HEREBY ORDERED that Defendant shall show cause in writing within **five (5) days** of the date of entry of this order why sanctions of $147.00 should not be imposed for the failure to promptly notify the Court that a translator was not needed for the June 24, 2019 hearing.

IT IS SO ORDERED.

Dated:  **June 25, 2019**

_____
UNITED STATES MAGISTRATE JUDGE