1 | DAVID A. TORRES AND ASSOCIATES
2 | David A. Torres, SBN135059
  | 1318 K. Street
3 | Bakersfield, CA 93301
  | Tel: (661)326-0857
4 | Fax: (661)326-0936
  | Email: dtorres@lawtorres.com
5 |
6 | Attorney for:
  | PARAMJIT MANGAT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 18-CR-0056 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE REQUEST TO TRAVEL AND ORDER TO SHOW CAUSE HEARING |
| PARAMJIT MANGAT, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY BOONE AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PARAMJIT MANGAT, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Request to Travel and Order to Shaw Cause hearing currently set for Thursday, June 27, 2019 to be trailed to Monday, July 8, 2019 for the following reason(s):

1. On June 20, 2019, our firm filed a request seeking an order from the court allowing Mr. Paramjit Mangat to travel to India to see his mother who is currently ill.
2. On June 24, 2019, the matter was brought before Magistrate Stanley Boone. During the course of the hearing, AUSA Henry Carbajal requested that the defendant be present. In addition, there was an issue with respect to an interpreter being present.
3. Ultimately, the court continued the matter to Thursday, June 27, 2019 at 2:00 for further hearing. The court further ordered Mr. Mangat to be present at the time of the

1

hearing.

4. Pursuant to the courts order, I sent a text to Mr. Mangat to contact me immediately. Tuesday morning, I received a text from the defendant, and he informed me that he was currently working (as a truck driver) and was hauling goods in the state of Virginia. He further informed me that he was not scheduled to return to California until late Friday. It is my understanding that that he is traveling/working out of state with the permission of his Pre-trial Services Officer, Ryan Beckwith.

5. I have spoken to AUSA Henry Carbajal and he has no objection to continuing these matters to Monday, July 8, 2019.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 6/27/19

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
PARAMJIT MANGAT

DATED: 6/27/19

*/s/Henry Carbajal*
HENRY CARBAJAL
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the hearing currently set for June 27, 2019 be continued to July 8, 2019 at 2:00 pm in Courtroom Number 9. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **June 27, 2019**

UNITED STATES MAGISTRATE JUDGE