**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT SINGH MANGAT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PARAMJIT SINGH MANGAT,<br><br>  Defendant | Case No.: 1:18-CR-00056 LJO-SKO<br><br>**REQUEST TO VACATE HEARING REGARDING DEFENDANT'S REQUEST FOR OUT OF DISTRICT TRAVEL**<br><br>Date: July 17, 2019<br>Time: 3:00p.m.<br>Judge: Stanley Boone |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY BOONE AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PARAMJIT MANGAT, by and through his attorney of record, DAVID A. TORRES hereby requests that defendant's motion to allow out district travel set for the above captioned date be vacated.

                                        Respectfully Submitted,

DATED: July 11, 2019                    */s/ David A Torres*            
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        Paramjit Mangat

**ORDER**

Defendant's motion for out of district travel set for July 17, 2019 is hereby vacated.

IT IS SO ORDERED.

Dated: __**July 12, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE