**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT SINGH MANGAT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00056 NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | |
| PARAMJIT SINGH MANGAT, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PARAMJIT SINGH MANGAT, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Friday, February 21, 2020 to Friday, March 20, 2020.

I am currently engaged in a felony jury trial which will not conclude until the following week. Although trial is expected to conclude next week, I have pre-paid plans to attend the Criminal Justice Act (CJA) representatives meeting in Austin, Texas as I am currently a representative. I understand the Courts heavy schedule and am prepared to accept the date assigned by the court. Mr. Mangat is prepared to exclude time. I have spoken to AUSA HENRY CARBAJAL and he has no objection to continuing the sentencing hearing.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 2/19/2020   */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
PARAMJIT SINGH MANGAT

DATED: 2/19/2020   */s/ Henry Carbajal*
HENRY Z. CARBAJAL
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing hearing be continued to Friday, March 20, 2020 at 8:30 a.m. in Courtroom No. 4.

IT IS SO ORDERED.

Dated:   **February 19, 2020**    *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE