DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT SINGH MANGAT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00056 NONE-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| PARAMJIT SINGH MANGAT, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PARAMJIT SINGH MANGAT, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Friday, March 20, 2020 be continued to Friday, May 22, 2020.

I underwent surgery on Thursday, March 12, 2020, for an ongoing medical issue. My physician has placed me on medical leave until April 26, 2020 and therefore asking this matter to be continued. Mr. Mangat is prepared to waive time. I have spoken to AUSA HENRY CARBAJAL and he has no objection to continuing the sentencing hearing.

///

//

//

//

1

**IT IS SO STIPULATED.**

DATED: 3/16/2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
PARMAJIT SINGH MANGAT

DATED: 3/16/2020

*/s/Henry Carbajal*
HENRY CARBAJAL
Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDERED that the sentencing hearing currently set for March 20, 2002 be continued to Friday, May 22, 2020.

IT IS SO ORDERED.

Dated: **March 16, 2020**

UNITED STATES DISTRICT JUDGE