McGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
DAVID L. GAPPA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>PARAMJIT SINGH MANGAT,<br><br>            Defendant. | CASE NO. 1:18-CR-00056-NONE<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement and application for preliminary order of forfeiture andpublication thereof entered into between United States of America and defendant Pramjit Singh Mangat, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 982(a)(2), defendant Paramjit Singh Mangat's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  $100,000.00 of the $264,700.46 seized from Kern Schools Federal Credit Union member number xxxxxx0920, held in the names of Paramjit Mangat and S.K.M.

2.  The above-listed asset constitutes, or was derived from, proceeds the defendant obtained, directly or indirectly, as a result of a violation of 18 U.S.C. § 1028(a)(2).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S.

PRELIMINARY ORDER OF FORFEITURE         1

1 Customs and Border Protection in its secure custody and control.

2     4.     Upon entry of a Final Order of Forfeiture, but no later than 60 days thereafter, the
3 following assets shall be returned to defendant Paramjit Singh Mangat, through his attorney of
4 record, David Torres:

5         a.     Approximately $1,838.49 seized from Wells Fargo Bank account number
6                xxxxxx1928;
7         b.     The amount of $164,700.46 of the $264,700.46 seized from Kern Schools Federal
8                Credit Union member number xxxxxx0920;
9         c.     Approximately $1,294.77 seized from JPMorgan Chase Bank account number
10               xxxxxx9138; and,
11        d.     Approximately $242,143.02 seized from JPMorgan Chase Bank account number
12               xxxxxx0217.

13    5.    a.    Pursuant to 18 U.S.C. § 982(b), incorporating 21 U.S.C. § 853(n), and Local Rule
14 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of
15 the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney
16 General may direct shall be posted for at least 30 consecutive days on the official internet government
17 forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct
18 written notice to any person known to have alleged an interest in the property that is the subject of the
19 order of forfeiture as a substitute for published notice as to those persons so notified.

20        b.     This notice shall state that any person, other than the defendant, asserting a legal
21 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
22 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice, whichever is earlier.

24 ///
25 ///
26 ///
27 ///
28

PRELIMINARY ORDER OF FORFEITURE            2

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **June 9, 2020**

　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
UNITED STATES DISTRICT JUDGE