**TORRES | TORRES STALLINGS AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT MANGAT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>PARAMJIT MANGAT,<br><br>     Defendant | Case No.: 1:18-CR-00056-DAD-SKO<br><br>**ORDER TO EXTEND SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD. O'NEILL, HENRY Z. CARBAJAL III, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PARAMJIT MANGAT, by and through his attorney of record, DAVID A. TORRES hereby requesting that the surrender date of the defendant, Paramjit Mangat, herein, be extended from August 26, 2020 to November 23, 2020 for the following reason(s):

On June 12, 2020, Mr. Mangat was sentenced to a term of fourteen months in prison. He is currently scheduled to surrender on August 26, 2020. The designated prison is the Federal Bureau of Prisons in Lompoc, California. Mr. Mangat has suffered from Type II Diabetes for approximately twenty years and continues to suffer from such. Additionally, Mr. Mangat has

1  been diagnosed with thyroid issues and high blood pressure. Furthermore, he suffers from
2  Rheumatoid, back pain, high cholesterol, and gout.
3      As the court is aware, Lompoc has been the subject of COVID-19 outbreaks in the past
4  months. Based on Mr. Mangat's comorbidities he is highly susceptible to contracting COVID.
5      Based in the foregoing, good cause is hereby found to extend the surrender date to the
6  aforementioned date.

                                                                       Respectfully Submitted,

DATED: August 24, 2020                                */s/ David A Torres*
                                                                       DAVID A. TORRES
                                                                       Attorney for Defendant
                                                                       PARAMJIT MANGOT

**ORDER**

    Based solely on the representations regarding defendant's medical condition, his surrender date is hereby extended to November 23, 2020.

IT IS SO ORDERED.

    Dated:   **August 25, 2020**
                                                        UNITED STATES DISTRICT JUDGE