McGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
DAVID L. GAPPA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00056-DAD-SKO |
| Plaintiff, | AMENDED FINAL ORDER OF FORFEITURE |
| v. | |
| PARAMJIT SINGH MANGAT, | |
| Defendant. | |

On June 10, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Paramjit Singh Mangat in the following property:

    a. $100,000.00 of the $264,700.46 seized from Kern Schools Federal Credit Union member number xxxxxx0920, held in the names of Paramjit Mangat and S.K.M.

Beginning on June 28, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

    a.    Sukjhit Kaur Mangat: A notice letter was sent via certified mail to Sukjhit Kaur

Mangat at 4404 Cimarron Ridge Drive, Bakersfield, CA 93313 on September 14, 2020. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on September 18, 2020. A courtesy copy of the notice letter was sent to Sukjhit Kaur Mangat's counsel, David A. Torres.

The Court has been advised that Sukjhit Kaur Mangat has not filed a claim to the subject property and the time for her to file a claim has expired.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. An Amended Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2), to be disposed of according to law, including all right, title, and interest of Paramjit Singh Mangat and Sukjhit Kaur Mangat.

2. All right, title, and interest in the $100,000.00 of the $264,700.46 seized from Kern Schools Federal Credit Union member number xxxxxx0920, held in the names of Paramjit Mangat and S.K.M. shall vest solely in the name of the United States of America.

3. Upon entry of this Amended Final Order of Forfeiture, but no later than 60 days thereafter, the following assets shall be returned to defendant Paramjit Singh Mangat, through his attorney of record, David Torres:

   a. Approximately $1,838.49 seized from Wells Fargo Bank account number xxxxxx1928;

   b. The amount of $164,700.46 of the $264,700.46 seized from Kern Schools Federal Credit Union member number xxxxxx0920;

   c. Approximately $1,294.77 seized from JPMorgan Chase Bank account number xxxxxx9138; and,

   d. Approximately $242,143.02 seized from JPMorgan Chase Bank account number xxxxxx0217.

4. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **November 17, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE