1
2
3
4
5
6

TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT SINGH MANGAT

7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,

Case No.  1:18-CR-00056-JLT-SKO

11

Plaintiff,

12

v.

REQUEST TO RELEASE PASSPORT

13

PARAMJIT SINGH MANGAT,

14

Defendants.

15

16

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER

17

L. THURSTON; AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY

18

On March 21, 2018, Mr. Mangat was arraigned on the Indictment in front of the

19

Honorable Jennifer L. Thurston. Mr. Mangat was ordered released on numerous Pretrial

20

conditions, including the surrender of his passports. On April 6, 2018, the United States District

21

Court received the USA passport (#523469993) from Mr. Mangat (Doc #25). Counsel is

22

requesting the USA Passport (#523469993) be returned to Mr. Paramjit Singh Mangat or his wife,

23

Sukhjit Mangat.

24
25

Dated: March 30, 2022                    Respectfully Submitted,

26

*/s/ David A. Torres*_____
David A. Torres

27

28

1

# <u>ORDER</u>

**IT IS SO ORDERED** that the USA Passport (# 523469993) be released to Mr. Paramjit Singh Mangat or his wife, Sukhjit Mangat.

IT IS SO ORDERED.

Dated:   **March 30, 2022**

UNITED STATES DISTRICT JUDGE