TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
PARAMJIT SINGH MANGAT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00056-JLT-SKO |
| Plaintiff, | |
| v. | REQUEST TO RELEASE PASSPORT |
| PARAMJIT SINGH MANGAT, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON; AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY

     On March 21, 2018, Mr. Mangat was arraigned on the Indictment in front of the Honorable Jennifer L. Thurston. Mr. Mangat was ordered released on numerous Pretrial conditions, including the surrender of his passports. On April 6, 2018, the United States District Court received the Republic of India Passport (A1969934) from Mr. Mangat (Doc. #24). Counsel is requesting that the Republic of India Passport (# A1969934) be returned to Mr. Paramjit Singh Mangat or his wife, Sukhjit Mangat.

Dated: March 30, 2022                                 Respectfully Submitted,

                                                                                  */s/ David A. Torres*
                                                                                  David A. Torres

## **ORDER**

**IT IS SO ORDERED** that the Republic of India Passport (#A1969934) be released to Mr. Paramjit Singh Mangat or his wife, Sukhjit Mangat.

IT IS SO ORDERED.

Dated:   **March 30, 2022**

_____
UNITED STATES DISTRICT JUDGE